# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Firestone, Nancy B. | United States Court of Federal Claims | 3/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date <br> ☐ Initial ✔ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
National Courts Building
717 Madison Place, NW
Washington, DC 20439

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | 2020 | Georgetown University Law Center, Adjunct Professor, Litigation Seminar Law, Spring 2020 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Georgetown University Law Center - Srping Semester Law School | $6,250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  DOJ Credit Union (Cash Account) | A | Interest | J | T | | | | | |
| 2.  Resverlogix Corp. | A | Dividend | J | T | | | | | |
| 3.  Wells Fargo (Cash Account) | A | Interest | J | T | | | | | |
| 4.  TD America (Cash Account) | A | Dividend | M | T | | | | | |
| 5.  INVESTMENT MANAGEMENT ACCOUINT #1 (H) | | | | | | | | | |
| 6.  Chevy Chase Trust - BlackRock Liquid Funds Money Market | A | Dividend | L | T | | | | | |
| 7.  Alphabet Inc | | None | K | T | | | | | |
| 8.  Amazon Inc | | None | K | T | | | | | |
| 9.  American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 10.  Anadarko Petroleum Corp | | None | | | | | | | |
| 11.  Apple Inc | A | Dividend | K | T | | | | | |
| 12.  Berkshire Hathaway Inc | | None | J | T | | | | | |
| 13.  Charles Schwab Corp | | None | J | T | | | | | |
| 14.  Citigroup Inc | A | Dividend | K | T | | | | | |
| 15.  CME Group Inc | A | Dividend | K | T | | | | | |
| 16.  Cognex Corp | A | Dividend | J | T | | | | | |
| 17.  Cyrusone Inc REIT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Daifuku CO LTD | A | Dividend | K | T | | | | | |
| 19. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 20. Ecolab Inc | A | Dividend | J | T | | | | | |
| 21. Editas Medicine Inc | | None | J | T | | | | | |
| 22. Estee Lauder Cos | A | Dividend | J | T | | | | | |
| 23. Fanuc LTD | A | Dividend | J | T | | | | | |
| 24. Flir Systems Inc | A | Dividend | K | T | | | | | |
| 25. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 26. Grubhub Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 27. I Shared Gold ETF | | None | J | T | Buy | 06/30/20 | J | | |
| 28. Illumina Inc | | None | K | T | | | | | |
| 29. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 30. Intutive Surgical Inc | | None | K | T | | | | | |
| 31. Jd.Com Inc | | None | J | T | | | | | |
| 32. LVMH Moet Hennessy Louis | A | Dividend | J | T | | | | | |
| 33. Microsoft Corp | A | Dividend | K | T | | | | | |
| 34. NextEra Energy Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Nike Inc | A | Dividend | K | T | | | | | |
| 36. Novartis AG ADR | A | Dividend | K | T | | | | | |
| 37. NVIDIA Corp | A | Dividend | J | T | | | | | |
| 38. Pepsico Inc | A | Dividend | J | T | | | | | |
| 39. Roper Technologies Inc | A | Dividend | J | T | | | | | |
| 40. Royal Dutch Shell PLC | B | Dividend | K | T | | | | | |
| 41. Splunk Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 42. Square Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 43. Sumitomo Mitsui Financial Group Inc | | None | J | T | | | | | |
| 44. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 45. Unilever NV ADR | A | Dividend | K | T | | | | | |
| 46. Visa Inc | A | Dividend | K | T | | | | | |
| 47. Walt Disney Co | A | Dividend | K | T | | | | | |
| 48. 3M Co | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. INVESTMENT MANAGEMENT ACCT #2 IRA Rollover (H) | | | | | | | | | |
| 51. Chevy Chase Trust - BlackRock Liquid Funds Money Market | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alphabet Inc | | None | J | T | | | | | |
| 53. Amazon Inc | | None | K | T | | | | | |
| 54. American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 55. Anadarko Petroleum Corp | A | Dividend | J | T | | | | | |
| 56. Apple Inc | A | Dividend | K | T | | | | | |
| 57. Berkshire Hathaway Inc | | None | J | T | | | | | |
| 58. Citigroup Inc | A | Dividend | K | T | | | | | |
| 59. CME Group Inc | A | Dividend | K | T | | | | | |
| 60. Cognex IncA | A | Dividend | J | T | | | | | |
| 61. Cyrusone Inc REIT | A | Dividend | J | T | | | | | |
| 62. Daifuku CO LTD | A | Dividend | K | T | | | | | |
| 63. Delivery Hero AG | | None | J | T | | | | | |
| 64. Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 65. Ecolab Inc | A | Dividend | J | T | | | | | |
| 66. Editas Medical Inc | | None | J | T | | | | | |
| 67. Fanuc Corp | A | Dividend | J | T | | | | | |
| 68. Flir Systems Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Foudation Medicine Inc | | None | J | T | | | | | |
| 70. Grubhub Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 71. Goldman Sachs Group | A | Dividend | K | T | | | | | |
| 72. I Shared Gold ETF | | None | J | T | Buy | 06/30/20 | J | | |
| 73. Illumina Inc | | None | K | T | | | | | |
| 74. ING Groep NV | A | Dividend | J | T | | | | | |
| 75. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 76. Intuitive Surgical Inc | | None | J | T | | | | | |
| 77. Jd.Com Inc | | None | J | T | | | | | |
| 78. Lauder Estee Co | A | Dividend | J | T | | | | | |
| 79. LVHM Moet Hennessy Louis | A | Dividend | J | T | | | | | |
| 80. Microsoft Corp | A | Dividend | K | T | | | | | |
| 81. New Jersy Bell Tel Co Bond | B | Interest | K | T | | | | | |
| 82. NextEra Energy Inc | A | Dividend | K | T | | | | | |
| 83. Nike Inc | A | Dividend | K | T | | | | | |
| 84. Novartis AG | A | Dividend | K | T | | | | | |
| 85. NVIDIA Corpa | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Pepsico Inc | A | Dividend | K | T | | | | | |
| 87. Roper Technologies Inc | A | Dividend | K | T | | | | | |
| 88. Royal Dutch Shell PLC | A | Dividend | K | T | | | | | |
| 89. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 90. Splunk Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 91. Square Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 92. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 93. Tiffany & CO | A | Dividend | J | T | | | | | |
| 94. Verizon Communications | A | Dividend | K | T | | | | | |
| 95. Unilever NV | A | Dividend | K | T | | | | | |
| 96. Walt Disney Co | A | Dividend | K | T | | | | | |
| 97. 3M CO | A | Dividend | J | T | | | | | |
| 98. | | | | | | | | | |
| 99. INVESTMENT MANAGEMENT ACCT #3 (H) - ROTH IRA | | | | | | | | | |
| 100. Chevy Chase Trust - Blackrock Liquid Fedfunds | B | Interest | K | T | | | | | |
| 101. Alphabet Inc | | None | J | T | | | | | |
| 102. Amazon Inc | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  American Electric Power Co Inc | A | Dividend | J | T | | | | | |
| 104.  Anadarko Petroleum Corp | A | Dividend | J | T | | | | | |
| 105.  Apple Inc | A | Dividend | J | T | | | | | |
| 106.  Berkshire Hathaway Inc | | None | J | T | | | | | |
| 107.  Charles Schwab Inc | A | Dividend | J | T | | | | | |
| 108.  Citigroup Inc | A | Dividend | J | T | | | | | |
| 109.  CME Group Inc | A | Dividend | J | T | | | | | |
| 110.  Cognex Corp | A | Dividend | J | T | | | | | |
| 111.  Cyrusone Inc REIT | A | Dividend | J | T | | | | | |
| 112.  Daifuku CO LTD | A | Dividend | J | T | | | | | |
| 113.  Delivery Hero AG | | None | J | T | | | | | |
| 114.  Delta Airlines Inc | A | Dividend | J | T | | | | | |
| 115.  Ecolab Inc | A | Dividend | J | T | | | | | |
| 116.  Editas Medicine Inc | | None | J | T | | | | | |
| 117.  Estee Lauder Cos | A | Dividend | J | T | | | | | |
| 118.  Fanuc LTD | A | Dividend | J | T | | | | | |
| 119.  Flir Systems Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Firestone, Nancy B.** | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Foundation Medicine Inc | | None | J | T | | | | | |
| 121. Goldman Sachs inc | A | Dividend | J | T | | | | | |
| 122. Grubhub Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 123. Illumina Inc | | None | J | T | | | | | |
| 124. ING Groep | A | Dividend | J | T | | | | | |
| 125. Intellia Therapeutics Inc | | None | J | T | | | | | |
| 126. I Share Gold ETF | | None | J | T | Buy | 06/30/20 | J | | |
| 127. Intuitive Surgical Inc | | None | J | T | | | | | |
| 128. Jd.Com Inc | | None | J | T | | | | | |
| 129. LVMH Moet Hennessey | A | Dividend | J | T | | | | | |
| 130. Microsoft Corp | A | Dividend | J | T | | | | | |
| 131. NextEra Energy Inc | A | Dividend | J | T | | | | | |
| 132. Nike Inc | A | Dividend | J | T | | | | | |
| 133. Novartis AG | A | Dividend | J | T | | | | | |
| 134. NVIDIA Corp | A | Dividend | J | T | | | | | |
| 135. Pepsico Inc | A | Dividend | J | T | | | | | |
| 136. Regeneron Pharmacueticals Inc | | None | J | T | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)          F =$50,001 - $100,000          G =$100,001 - $1,000,000          H1 =$1,000,001 - $5,000,000          H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less          K =$15,001 - $50,000          L =$50,001 - $100,000          M =$100,001 - $250,000
(See Columns C1 and D3)          N =$250,001 - $500,000          O =$500,001 - $1,000,000          P1 =$1,000,001 - $5,000,000          P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000          P4 =More than $50,000,000
3 Value Method Codes          Q =Appraisal          R =Cost (Real Estate Only)          S =Assessment          T =Cash Market
(See Column C2)          U =Book Value          V =Other          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Roper Technologies Inc | A | Dividend | J | T | | | | | |
| 138. Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 139. Schlumberger LTD | A | Dividend | J | T | | | | | |
| 140. Splunk Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 141. Square Inc | | None | J | T | Sold | 06/15/20 | J | A | |
| 142. Sumitomo Mitsui Financial Group | | None | J | T | | | | | |
| 143. Terreno Realty Corp REIT | A | Dividend | J | T | | | | | |
| 144. Tiffany & Co | A | Dividend | J | T | | | | | |
| 145. Unilever | A | Dividend | J | T | | | | | |
| 146. Verizon Communications | A | Dividend | K | T | | | | | |
| 147. Visa Inc | A | Dividend | J | T | | | | | |
| 148. The Walt Disney Co | A | Dividend | J | T | | | | | |
| 149. 3M Company Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Firestone, Nancy B. | 3/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nancy B. Firestone**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544